# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1406
LT Case No. 59-2024-CC-3963

_____

B. RAI GUPTA, M.D., P.A. d/b/a
Florida Center for Plastic and
Hand Surgery,

     Appellant,

     v.

BLUE CROSS AND BLUE SHIELD
OF FLORIDA, INC., and
DEPARTMENT OF MANAGEMENT
SERVICES,

     Appellees.

_____

On appeal from the County Court for Seminole County.
Wayne E. Culver, Judge.

Erin Pogue Newell, of Open Book Appeals, Fort Lauderdale, for
Appellant.

Timothy J. Conner and Laura B. Renstrom, of Holland & Knight
LLP, Jacksonville, for Appellee, Blue Cross and Blue Shield of
Florida, Inc.

No Appearance for Remaining Appellee.

June 23, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, EDWARDS, and SOUD, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2